UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:17-08516 DOC (ADS)                              Date:  June 22, 2020

Title:  *Richard Wayne Hughley v. F. Ulloa, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|             Kristee Hopkins             |           None Reported           |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
                None Present                                          None Present

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On March 16, 2020, the Court granted Defendants' Motion to Dismiss with leave to amend. [Dkt. No. 72]. By April 6, 2020, Plaintiff was instructed to either file a Second Amended Complaint curing the deficiencies identified, elect to proceed with the First Amended Complaint despite its deficiencies, or file a voluntary request to dismiss the case. Plaintiff was granted a sixty (60) day extension due to COVID-19 restrictions. [Dkt. No. 74]. Plaintiff was ordered to file a Second Amended Complaint by no later than June 5, 2020. As of the date of this order, the Court has not received a Second Amended Complaint.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**. Plaintiff must file a written response by no later than **July 13, 2020**. Plaintiff may respond to this Order to Show Cause by (a) filing a Second Amended Complaint; (b) filing a statement with the Court indicating the desire to continue to move forward with the First Amended Complaint despite the weaknesses noted by the Court in the Order Dismissing with Leave to Amend [Dkt. No. 72]; or (c) filing a voluntary request for a Court order dismissing the case, pursuant to Federal Rule of Civil Procedure 41(a)(2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:17-08516 DOC (ADS)                                        Date:  June 22, 2020

Title:  *Richard Wayne Hughley v. F. Ulloa, et al.*

      Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

      **IT IS SO ORDERED.**

Initials of Clerk kh